1  ADAM PAUL LAXALT
   Attorney General
2  CHARLES A. MACKEY, ESQ.
   Deputy Attorney General
3  Nevada State Bar No. 7073
4  Bureau of Litigation – Personnel Division
   555 East Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   Telephone: (702) 486-3125
6  Fax: (702) 486-3773
   Attorneys for Defendant
7  cmackey@ag.nv.gov

8            UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10 KATHLEEN MINARD, individually,           )
                                            )   Case No.: 2:15-cv-00017-RFB-GWF
11            Plaintiff,                    )
                                            )
12       v.                                 )   STIPULATION AND ORDER TO DISMISS
                                            )              COMPLAINT
13 STATE OF NEVADA, DEPARTMENT OF           )
   CORRECTIONS,                             )
14                                          )
              Defendant.                    )
15                                          )
                                            )
16                                          )

17       Defendant STATE OF NEVADA, DEPARTMENT OF CORRECTIONS, through counsel

18 Nevada Attorney General ADAM PAUL LAXALT, and Deputy Attorney General, CHARLES

19 MACKEY and Plaintiff, KATHLEEN MINARD, through counsel PAUL S. PADDA, ESQ.,

20 hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice with the parties to bear

26 ///

27 ///

28 ///

- 1 -

their own costs and attorney fees.

Dated this 17th day of August, 2015

ADAM PAUL LAXALT
ATTORNEY GENERAL

_____
CHARLES MACKEY
Deputy Attorney General
Attorney for DEFENDANT

Dated this 10th day of August, 2015

_____
PAUL S. PADDA, ESQ.
COHEN & PADDA, PLLC
Attorney for Plaintiff

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of August, 2015.

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068